# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Raymond Max Snyder, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:23-cv-00139-GMN-VCF |
| vs. ) | |
| ) | **ORDER** |
| Robert E. Estes, ) | |
| ) | |
| Defendant. ) | |

This case was filed in the unofficial Southern Division of the District of Nevada. Plaintiff Raymond Snyder's claims, however, concern state court proceedings in Elko County. (*See generally* Compl., ECF No. 2). Elko County is part of the unofficial Northern Division of the District of Nevada. (*See* D. Nev. Local R. IA 1-6). Generally, "civil actions must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose." (D. Nev. Local R. IA 1-8). Accordingly, this matter should have been filed in the Northern Division of the District of Nevada.

**IT IS HEREBY ORDERED** that the Clerk of Court is instructed to transfer this case to the Northern Division of the District of Nevada**.**

**DATED** this __3__ day of February, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT