**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| RAYMOND MAX SNYDER, | |
| Plaintiff(s), | 2:23-cv-00139-GMN-VCF |
| v. | **ORDER** |
| ROBERT E. ESTES, | |
| Defendant(s). | |

Before the Court is the motion for default (ECF NO. 9).

On February 3, 2023, this case was transferred to the Northern Division of the District of Nevada. (ECF NO. 5). This matter has been closed in the Southern Division and reassigned case no. 3:23-cv-48-ART-CSD for the Northern Division case.

Accordingly,

IT IS HEREBY ORDERED that going forward, Plaintiff must file in case no. 3:23-cv-48-ART-CSD.

IT IS FURTHER ORDERED that plaintiff's motion for default (ECF No. 9) is DENIED. Plaintiff may refile the instant motion in case no. 3:23-cv-48-ART-CSD.

DATED this 17th day of April 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE